

# Missouri Court of Appeals
## Southern District

**JANUARY 27, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.    Case No.  SD33977

      Re:    In the Interest of:
              W.D.P., III, Minor
              W.D.P., Father,
              Respondent-Appellant,
              v.
              GREENE COUNTY JUVENILE
              OFFICE,
              Petitioner-Respondent.